**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HILTON MINCY,** | : | **CIVIL ACTION NO. 1:05-CV-1458** |
| **Plaintiff** | : | |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **EDWARD J. KLEM, ET AL,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 29th day of August, 2005, plaintiff having paid the $250.00 filing fee, it is hereby ORDERED that the Clerk of Court is directed to forward a copy of plaintiff's complaint (Doc. 1), and motion for a temporary restraining order and preliminary injunction (Docs. 4-6), to the United States Marshal for service.

S/ Christopher C. Conner<br>
CHRISTOPHER C. CONNER<br>
United States District Judge