# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON MINCY,** | : | **CIVIL ACTION NO. 1:05-CV-1458** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **EDWARD J. KLEM et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of November 2005, upon consideration of plaintiff's motion to amend the complaint (Doc. 15), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 15) is GRANTED.

2. The Clerk of Court is directed as follows:

   a) Docket the proposed amended complaint (Doc. 15-3) as an "amended complaint."

   b) Forward the amended complaint to counsel for existing defendants.

   c) Add newly named defendants, Joseph Nevis, Sharon M. Burks, Joan E. Holden and Jane Doe, to the docket sheet and forward the amended complaint and the motion for a temporary restraining order and preliminary injunction, and supporting documentation (Docs. 4, 5, 6), along with a copy of this order to the United States Marshal for service on the newly named defendants

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge