IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON MINCY,** | : | CIVIL ACTION NO. 1:05-CV-1458 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **EDWARD J. KLEM, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of December 2005, upon consideration of plaintiff's *pro se* motions for a temporary restraining order (Doc. 4) and to depose defendants (Doc. 31), and it appearing that plaintiff is represented by counsel (Doc. 27), it is hereby ORDERED that the motions (Docs. 4, 31) are DENIED without prejudice to plaintiff's counsel to re-file the motions if he deems it necessary.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge