**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HILTON MINCY,** | : | **CIVIL ACTION NO. 1:05-CV-1458** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **EDWARD J. KLEM, et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 31st day of July, 2006, upon consideration of plaintiff's motion (Doc. 59) to seal documents, and it appearing that defendants concur in the motion, it is hereby ORDERED that the motion is GRANTED. The documents submitted (Doc. 60, part 2) under seal shall remain SEALED.

      /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge